**AFFIDAVIT IN SUPPORT OF AN**
**APPLICATION FOR A CRIMINAL COMPLAINT**

I, Rayshawn Santos-Fuentes, being duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Trooper with the Massachusetts State Police ("MSP") and have been since October of 2022. I am currently assigned to the Fraud Identification Unit ("FIU") which is a specialized unit within the MSP's Division of Homeland Security and Preparedness. As part of the FIU, I am responsible for conducting complex identity and document fraud investigations primarily perpetrated through the Registry of Motor Vehicles ("RMV"). I am also a member of the U.S. Homeland Security Investigations ("HSI") Document and Benefit Fraud Task Force ("DBFTF"), a specialized field investigative group comprised of personnel from various state, local, and federal agencies with expertise in detecting, deterring, and disrupting organizations and individuals involved in various types of document, identity, financial, and benefit fraud schemes. Through my training, knowledge, and experience, I have become familiar with the habits, methods, routines, practices, and procedures commonly employed by people engaged in identity, benefit, and document fraud related activities.

2. I have participated in various aspects of investigations into the use and manufacture of fraudulent documents, including conducting physical surveillance, surveillance of controlled purchases involving undercover agents and/or cooperating witnesses, the introduction of undercover agents, the execution of search warrants, and the effecting of arrests.

**PURPOSE OF AFFIDAVIT**

3. I submit this affidavit in support of an application for a criminal complaint charging Cledis German ROMERO ("ROMERO") with (1) False Statements Relating to Health Care matters in violation of 18 U.S.C. § 1035, and (2) Aggravated Identity Theft in violation of 18

U.S.C. § 1028A.

4. As set forth in more detail below, there is evidence that ROMERO unlawfully used the name, date of birth, and Social Security Number ("SSN") of a real person while knowing that these identifiers belonged to a real person. Among the evidence that ROMERO knew that this identity was that of a real person is his successful use of the identity to obtain multiple official government identification documents.

5. This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and federal agents, and my review of records described herein. This affidavit is not intended to set forth all the information that I have learned during this investigation but includes only the information necessary to establish probable cause for the requested criminal complaint and search warrant.

## PROBABLE CAUSE

### Origin of Investigation

6. The HSI New England DBFTF is currently investigating a group of undocumented persons who are believed to have obtained stolen identities of United States citizens, many of whom reside in Puerto Rico, and used those identities to obtain public benefits that they would not otherwise be eligible to receive, such as SSNs, SNAP, Supplemental Security Income, Social Security Disability Insurance, and MassHealth benefits.

### RMV Application

7. On or about January 18, 2013,[1] an individual submitted an application for a Class D learner's permit at an RMV service center in Massachusetts. The applicant represented on the

[1] The individual purporting to be Victim 1 did not date his application for a learner's permit. I understand that this individual applied for a learner's permit on January 18, 2013 based on the fact that the learner's permit was issued on that day.

application that he was Victim 1.[2] He further represented on the application that his date of birth was xx/xx/1988 and that his SSN was xxx-xx-5586.[3] The individual purporting to be Victim 1 signed the application under penalty of perjury. A photocopy of Victim 1's Social Security card and Puerto Rico birth certificate were taken by the RMV. The Social Security card photocopy depicted an SSN of xxx-xx-5586 and the name on the card as Victim 1. The RMV took a photograph of the applicant as part of the ID card application. As a result of that application, the RMV issued the person purporting to be Victim 1 a Massachusetts Learner's Permit bearing number Sxxxx8757 and the photograph taken on January 18, 2013, shown below:



*RMV image from 01/18/13 using Victim 1's name*

8. On or about January 29, 2013, an individual submitted an application for a Massachusetts Class D driver's license at an RMV service center in Massachusetts. The applicant represented on the application that he was Victim 1. He further represented on the application that his SSN was xxx-xx-5586 and his Massachusetts driver's license number was Sxxxx8757.[4] The

[2] I am protecting the identity of the victim by not using his name or initials. The identity of the victim is known to the government.

[3] The SSN and DOB have been partially redacted herein. The redacted SSN and DOB referenced in the Affidavit are identical unless otherwise noted.

[4] On one of the forms submitted on January 29, 2013, the individual representing himself as Victim 1 provided that his date of birth was November 16, 2015. I understand that to be an error, as the form was submitted in January 2013.

individual purporting to be Victim 1 signed the application under penalty of perjury. A photocopy of Victim 1's Social Security card and Puerto Rico birth certificate were taken by the RMV. The Social Security card photocopy depicted an SSN of xxx-xx-5586 and the name on the card as Victim 1. The copy of the Puerto Rico birth certificate depicted the name Victim 1 with a date of birth of xx/xx/1988. As a result of that application, the RMV issued a Massachusetts driver's license bearing number Sxxxx8757 to the person purporting to be Victim 1.

9. On or about December 6, 2018, the individual purporting to be Victim 1 submitted an application to renew his Massachusetts driver's license at a Massachusetts RMV. The applicant represented on the application that he was Victim 1. He further represented on the application that his date of birth was xx/xx/1988, that his SSN was xxx-xx-5586, and his Massachusetts driver's license number was Sxxxx8757. The individual purporting to be Victim 1 signed the application under penalty of perjury. A photocopy of Victim 1's Puerto Rico birth certificate was taken by the RMV. The copy of the Puerto Rico birth certificate depicted the name of Victim 1 with a date of birth of xx/xx/1988. As a result of that application, the RMV issued the person purporting to be Victim 1 a Massachusetts driver's license renewal bearing number Sxxxx8757. The photograph taken on December 6, 2018, is shown below:



*RMV image from 12/06/18 using Victim 1's name*

**MassHealth and Medicaid Program**

10. The Medicaid Program is a joint federal-state program that provides health coverage to certain categories of people, including eligible low-income adults, children, pregnant women, the elderly, and people with disabilities. Medicaid is administered by the states, according to federal requirements, and is funded jointly by the states and the federal government. MassHealth is the Medicaid Program in Massachusetts. Providing false material information to obtain health benefits is unlawful. *See*, e.g., 18 U.S.C. § 1035.

11. According to MassHealth records, an individual with Victim 1's name has a MassHealth account that is associated with a birth date of xx-xx-1988, SSN of xxx-xx-5586, and MassHealth member ID of xxxxxxxx8005. For the reasons discussed herein, there is probable cause to believe that ROMERO used Victim 1's identity, including his social security number and MassHealth member ID, to apply for, and receive, MassHealth benefits in Victim 1's name.

12. According to MassHealth records, an application for MassHealth benefits was submitted using the Victim 1 identity on or around May 15, 2013. On that application, the

individual purporting to be Victim 1 stated on the cover sheet that his name was Victim 1 and birth date was xx-xx-1988. The individual signed the application with the name of Victim 1. The individual purporting to be Victim 1 also attached to the application a photocopy of a social security card bearing SSN xxx-xx-5586 and the name of Victim 1.

13. Also attached to the application was a photocopy of a Massachusetts driver's license bearing the number Sxxxx8757, Victim 1's name, and the birth date xx-xx-1988. Massachusetts RMV records for ID number Sxxxx8757 reflect this same information and show that this license is under the SSN xxx-xx-5586. The RMV records associated with the driver's license number Sxxxx8757 include the following photograph of the individual purporting to be Victim 1:



*Massachusetts driver's license photograph submitted with MassHealth application*

14. According to MassHealth records, the individual using Victim 1's identity started receiving MassHealth benefits in May 2013.

15. Between May 2013 to December 2016 approximately $11,434 in MassHealth benefits were received by the individual claiming to be Victim 1. Between January 2025 to June 2026, approximately $4,770 in MassHealth benefits were received by the individual claiming to be Victim 1. In total, approximately $16,205 in MassHealth benefits have been received by the

individual claiming to be Victim 1.

16. According to MassHealth records, on or around October 27, 2025, the individual purporting to be Victim 1 submitted an eligibility document in order to continue receiving MassHealth benefits. On the eligibility document the individual claimed his name was Victim 1, his date of birth was xx/xx/1988, his MassHealth ID was xxxxxxxx8005, and SSN was xxx-xx-5586.[5] The eligibility form is a Spanish-language form that includes an attestation signed by the individual posing as Victim 1, which states: "Al firmar a continuación, juro bajo pena de perjurio que todo lo declarado en este formulario es verdadero y completo a mi leal saber y entender. Entiendo que si no digo la verdad, mi cobertura del seguro de salud podría finalizar y que quizá deba reembolsar a Massachusetts por cualquier crédito fiscal o beneficios de salud que tenga." Manually entering the Spanish text into an open-source internet translation service revealed that the corresponding attestation states: "By signing below, I swear under penalty of perjury that everything stated on this form is true and complete to the best of my knowledge and understanding. I understand that if I do not tell the truth, my health insurance coverage could end, and I may have to repay Massachusetts for any tax credit or health benefits I receive."

**Confirmation of Valid SSN**

17. On August 26, 2026, the Social Security Administration, Office of Inspector General confirmed that SSN xxx-xx-5586 is assigned to Victim 1.

**True Identification of Victim 1 in Puerto Rico**

18. I have obtained a copy of Puerto Rico's Driver and Vehicle Information Database ("DAVID") record associated with the Puerto Rican driver's license of Victim 1. The DAVID

[5] One portion of the October 2025 application lists the date of birth as xx/xx/1998 instead of 1988. I understand that this portion of the application was completed by a MassHealth Enrollment Centers employee and believe this was an inadvertent error, as the date and month listed both match Victim 1's xx/xx/1988 birthdate.

record indicates that Victim 1 has the date of birth xx-xx-1988 and SSN xxx-xx-5586—the same date of birth and social security number used by the individual who obtained MassHealth benefits in Massachusetts. I have examined a photograph associated with that DAVID record and conclude that the individual depicted in that photograph is not the same individual associated with the Massachusetts driver's license number Sxxxx8757. The photograph included in the DAVID record is shown below:

[redacted]

*Photograph of Victim 1 – Puerto Rico DAVID Record*

**Massachusetts Criminal History in Victim 1's Name**

19. The individual posing as Victim 1 has been arrested and charged with multiple crimes, including two felony convictions. Records related to each of these crimes are associated with Victim 1's name, birth date of xx-xx-1988, and SSN xxx-xx-5586, though it appears that in at least one case the state court was aware that the person purporting to be Victim 1 was also known as ROMERO.[6] Specifically:

a) In September 2023, the individual purporting to be Victim 1 was found guilty of resisting arrest. *See Commonwealth vs. [Victim 1],* 2336CR001141.

[6] *See Commonwealth vs. [Victim 1] OKA Romero, Cledis German*, 1984CR00586.

Records related to this crime include the below photograph of the perpetrator of the offense:



b) In October 2024, the individual purporting to be Victim 1 was found guilty of conspiracy to violate the controlled substance act stemming from an arrest in October of 2019. *See Commonwealth vs. [Victim 1] OKA Romero, Cledis German*, 1984CR00586. Records related to this crime include the below photograph of the perpetrator of the offense:



20. These records are associated with FBI record number xxxxxCLNH.

21. I compared the photos associated with the crimes committed by the person purporting to be Victim 1 with the photos taken by the RMV on January 18, 2013 and December 6, 2018 of the person purporting to be Victim 1, and believe these photos all depict the same

person:[7]

| January 18, 2013 RMV Photo | December 6, 2018 RMV Photo | Photograph associated with 2023 Felony Conviction | Photograph associated with 2024 Felony Conviction |
|---|---|---|---|
|  |  |  |  |

**True Identity of Person Purporting to be Victim 1**

22. The Dominican Republic uses a national identification card called a Cedula. During my investigation, I reviewed records collected by Massachusetts State Police in connection with the 2023 arrest of the individual posing as Victim 1 for misdemeanor charges related to submission of a false application for a motor vehicle license and forgery or misuse of an RMV document. *See Commonwealth vs. Cledis German Romero*, 2315CR002990. Law enforcement investigating those crimes obtained information related to Cedula Number xxx-xxxxx41-9, which is in the name Cledis ROMERO. The Cedula also shows that ROMERO was born on xx/xx/1985, in Bani, Dominican Republic and includes ROMERO's photograph and fingerprints. I have reviewed ROMERO's Cedula and conclude that the individual depicted in that record is not the same individual associated with the DAVID record under Victim 1's name. The photograph from the Cedula, depicting ROMERO, is below:

[7] Criminal history reports and records of arrests in the state of Massachusetts indicate that the person purporting to be Victim 1 used other aliases, including Migual Algel Valera, Alexi Fernande Aria, and Ciedis German-Romerp. Law enforcement has investigated these aliases and was unable to confirm if they correspond to the identities of real persons.



*Dominican Republic Cedula photograph of ROMERO*

23. A review of federal records has confirmed that ROMERO has not been lawfully admitted into the United States.

**Fingerprint Analysis Matching ROMERO's Cedula and FBI Record Associated with Individual Purporting to be Victim 1**

24. On or about July 28, 2026, a Homeland Security Investigations Forensic Laboratory senior fingerprint specialist compared fingerprint impressions from ROMERO's Dominican Republic Cedula, Number xxx-xxxxx41-9, with fingerprint impressions maintained by the FBI associated with the name Victim 1, SSN xxx-xx-5586, and FBI number xxxxxCLNH. The fingerprint impressions from the FBI were taken from the purported Victim 1 on or around March 15, 2019, when the individual posing as Victim 1 was arrested by the Boston Police Department in connection with drug trafficking offenses. The individual posing as Victim 1 was convicted of conspiracy to violate the controlled substances act, discussed above in Paragraph 19(b). The Homeland Security Investigations Forensic Laboratory found that the fingerprint impressions submitted for analysis were all made by the same individual.

25. Based on the fingerprint analysis and comparison of the photographs and information set forth above, I submit that there is probable cause to believe that the individual who applied for and received the MassHealth benefits in Victim 1's name is not Victim 1 but is in fact

ROMERO.

## CONCLUSION

26. For the reasons above, I submit that there is probable cause to believe that: (1) On or about October 27, 2025, ROMERO posing as Victim 1, made a materially false statement in connection with the delivery of MassHealth benefits in violation of 18 U.S.C. § 1035(a); and (2) that on or about October 27, 2025, ROMERO, posing as Victim 1, did knowingly transfer, possess, or use, during and in relation to any felony enumerated in 18 U.S.C. § 1028(A)(c), and without lawful authority, a means of identification of another person, namely Victim 1, in violation of 18 U.S.C. § 1028A.

Sworn to under the pains and penalties of perjury,

Rayshawn Santos-Fuentes /by Paul G. Levenson
Trooper Rayshawn Santos-Fuentes
Homeland Security Investigations

SWORN before me telephonically pursuant to Fed. R. Crim. P. 4.1(d)(3) this 7th day of October 2026.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HONORABLE PAUL G. LEVENSON
CHIEF UNITED STATES MAGISTRATE JUDGE